UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPH W. BROWN, JR.** | * | CIVIL ACTION NO.: 11-01465 |
| | * | |
| **versus** | * | SECTION: Stanwood R. Duval |
| | * | |
| **McDERMOTT, INC.** | * | MAG.: Joseph C. Wilkinson, Jr. |

**FIRST SUPPLEMENTAL AND AMENDING PETITION**

**NOW INTO COURT,** through undersigned counsel, comes plaintiff Joseph W. Brown, Jr., who respectfully represents that he desires to amend his original complaint filed on November 16, 2010, in the following respects:

I.

By amending the caption of this suit to read as follows:

"JOSEPH W. BROWN, JR.

versus

McDERMOTT, INC., BROADMOOR, LLC, SKILL LABOR PROVIDER, INC, and FREDDY MARTINEZ"

II.

By adding an additional paragraph, to be designated paragraph "1(A)", to read as follows:

"1(A)

Additionally made defendants herein are:

(A)     BROADMOOR, LLC, a limited liability entity organized according to the laws of the State of Louisiana, authorized to do, and doing business in this State and District;

1

(B) SKILL LABOR PROVIDER, INC., a domestic corporation organized according organized according to the laws of the State of Louisiana, authorized to do, and doing business in this State and District; and

(C) FREDDY MARTINEZ, who, on information and belief, was at all times pertinent hereto, a resident of the State of Louisiana."

III.

By adding an additional paragraph, to be designated paragraph "2(A)", to read as follows:

"2(A)

The defendants McDermott, Inc., Broadmoor, LLC, Skill Labor Provider, Inc., and Freddy Martinez are justly and truly indebted unto Joseph W. Brown, Jr., jointly, severally, and/or *in solido,* in an amount sufficient to adequately compensate your plaintiff for his damages together with legal interest thereon from date of judicial demand until paid, and for all costs of this suit and for the following, to-wit:"

IV.

By adding an additional paragraph, to be designated paragraph "6(A)", to read as follows:

"6(A)

That the identity of the co-worker described hereinabove at Paragraph 6 of the original complaint was defendant Freddy Martinez; who, on information and belief, was at all times pertinent hereto was an employee and/or agent of defendant Skill Labor Provider, Inc., acting within the course and scope of his duties."

V.

By adding an additional paragraph, to be designated paragraph "7(A)", to read as follows:

"7(A")

Additionally, and also in the alternative, plaintiff asserts that as a direct and proximate cause of defendants Broadmoor, LLC, and/or Skill Labor Provider, Inc., in the following, non-exclusive particulars:

Negligence of Broadmoor, LLC:

a. Failing to provide workers engaged in constructing the marine housing structure; with a safe workplace;

b. Failing to properly supervise the activities of workers engaged in constructing the marine housing structure;

c. Failing to properly train workers engaged in constructing the marine housing structure;

d. Liability on a theory of *respondiat superior* for any negligent acts by Freddy Martinez and/or Skill Labor Provider, Inc.;

e. Requiring workmen engaged in constructing the marine structure to carry heavy loads with insufficient assistance;

f. Requiring workmen engaged in constructing the marine structure to carry heavy loads along an unsafe egress to the installation site; and

g. Other acts of negligence which will be shown more fully at trial.

Negligence of Skill Labor Provider, Inc.:

a. Failing to provide workers engaged in constructing the marine housing structure; with a safe workplace;

b. Failing to properly supervise the activities of workers engaged in constructing the marine housing structure;

c. Failing to properly train workers engaged in constructing the marine housing structure;

    d. Liability on a theory of *respondiat superior* for any negligent acts by Freddy Martinez

    e. Requiring workmen engaged in constructing the marine structure to carry heavy loads with insufficient assistance;

    f. Requiring workmen engaged in constructing the marine structure to carry heavy loads along an unsafe egress to the installation site; and

    g. Other acts of negligence which will be shown more fully at trial.

<u>Negligence of Freddy Martinez:</u>

    a. Failing to perform his duties in a safe and workmanlike manner;

    b. Failing to retain control over his portion of the burden being shared between himself and plaintiff at all times pertinent hereto;

    c. Failing to warn plaintiff before losing control the burden being shared between himself and plaintiff at all times pertinent hereto; and

    d. Other acts of negligence which will be shown more fully at trial."

**WHEREFORE** Joseph W. Brown, Jr. respectfully prays that his original complaint be supplemented and amended in the above particulars, that defendants Skill Labor Provider and Freddy Martinez be duly cited and served with a copy of the Complaint and be summoned to appear and answer same; and, after all legal delays be exhausted, and all due proceedings be had, and that after due proceedings are had there be judgment rendered herein in favor of plaintiff and against defendants, McDermott, Inc., Skill Labor Provider, Inc., and/or Freddy Martinez, jointly, severally, and/or *in solido*, in an amount sufficient to adequately compensate your plaintiff for his damages together with legal interest thereon from date of judicial demand until paid, for all costs of this suit and for all general and equitable relief.

                                                **RESPECTFULLY SUBMITTED BY:**

                                                */s/ Ronna M. Steele*
                                                **RONNA M. STEELE (#20006)**
                                                301 Huey P. Long Avenue
                                                Gretna, LA  70053
                                                Telephone:  (504) 366-3475
                                                Attorney for Joseph W. Brown, Jr.
                                                Email: *rsteele@usagulf.com*

Please Serve:

Broadmoor, LLC
through its authorized agent for service of process
John Stewart
2740 N. Arnoult Rd.
Metairie, LA 7002

Skill Labor Provider, Inc.
through its authorized agent for service of process
Saul Ramirez
1901 Hwy 190
Apt. 1725
Mandeville, LA 70448

      and

Freddy Martinez
(Present address unknown)