UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPH W. BROWN, JR.                                                          CIVIL ACTION

VERSUS                                                                                      NO. 11-1465

McDERMOTT, INC.                                                                  SECTION "K"(2)

## ORDER AND REASONS

Before the Court is the Objection to Order and Reasons: Report and Recommendation issued by United States Magistrate Judge Joseph C. Wilkinson, Jr. on April 4, 2012. (Doc. 33) filed by McDermott, Inc. ("McDermott"). The subject of the Report and Recommendation (Doc. 32) was a motion by plaintiff Joseph W. Brown, Jr. for leave to amend his complaint to assert claims against three new defendants: Broadmoor, LLC ("Broadmoor"), Skill Labor Provider, Inc. ("Skill Labor") and Freddy Martinez. In this case, which was originally filed in this court, plaintiff now alleges that the negligence of Martinez, attributable to his employer, Skill Labor, via respondeat superior, either caused or contributed to his injuries and that Broadmoor is similarly liable, based in part on its contract with plaintiff's employer.

Magistrate Judge Wilkinson ordered the complaint be amended to add these defendants and then recommended the dismissal of this matter without prejudice as complete diversity is lacking. (Doc. 32).

McDermott filed a timely objection contending that judicial economy requires the Court to first address a previously filed Motion for Summary Judgment. However, such an argument cannot override the reality that plaintiff has stated a cause of action against three persons that destroy this Court's jurisdiction. Under Fed. R. Civ. P. 72(a), the Court referred this matter to the discretion of Magistrate Judge Wilkinson, and the Court "must consider timely objections and modify any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P.

72(a); 28 U.S.C. § 636(b)(1).  Nothing that McDermott has raised demonstrates that the magistrate judge's ruling was clearly erroneous or contrary to law; indeed, the Court finds the Order and Reasons: Report and Recommendation well reasoned and based on the law. McDermott opines entire argument rests of its belief that this action is causing undue duplication of work in the state and federal system.  Nothing stated demonstrates that Magistrate Judge Wilkinson's decision to allow the amendment was incorrect.  Accordingly,

**IT IS ORDERED** that the Objection is **OVERRULED**; plaintiff's complaint as amended stands.

**IT IS FURTHER ORDERED** that the Court adopts the Report and Recommendation that plaintiff's complaint be and is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

New Orleans, this 1st day of May, 2012.

**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**