**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOSEPH W. BROWN, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-1465** |
| **McDERMOTT, INC.** | **SECTION "K"(2)** |

## JUDGMENT

The court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendants, McDermott, Inc., Broadmoor, LLC, SkillLabor Provider, Inc. and Freddy Martinez and against plaintiff, Joseph W. Brown, without prejudice, with each party to bear its or his own costs.

New Orleans, Louisiana, this 1st day of May, 2012.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**